**BERRY APPLEMAN & LEIDEN**
Jeff Joseph (CO Bar No. 28695) (*pro hac vice pending*)
2400 N. Glenville Drive
Richardson, Texas 75082
(720) 273-4647
Email:  jjoseph@bal.com

*Attorney for Plaintiff*
Student Doe #1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Student DOE #1<br><br>    Plaintiff,<br><br>    v.<br><br>Donald J. TRUMP, in his official capacity, President of the United States of America;<br><br>John TSOUKARIS, in his official capacity as ICE Enforcement and Removal Operations New Jersey Field Office Director;<br><br>Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and<br><br>Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security;<br><br>    Defendants. | Case No. 2:25-cv-02825-MCA-LDW<br><br>**PROPOSED EXPEDITED BRIEFING AND HEARING DATES ON EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** |

Pursuant to this Court's text order (ECF 16), parties have conferred and propose the following change to the existing briefing schedule and proposed hearing dates on the Emergency Motion for Temporary Restraining Order.

Defendants' response to the Emergency Motion for Temporary Restraining Order is currently due on April 25, 2025 with Plaintiff's reply due on April 30, 2025.

Plaintiff proposes to expedite the due date of the Plaintiff's reply brief to 12:00 PM on Monday, April 28th.

Plaintiff and Defendants then propose that the Court schedule the hearing on the Emergency Motion and pleadings for the afternoon of April 30, 2025 or anytime on May 1, 2025.

Dated: April 21, 2025

Respectfully submitted,
/s/ Jeff Joseph
Jeff Joseph
Berry Appleman & Leiden
2400 N. Glenville Drive
Dallas, TX 75082
(720) 273-4647
jeff@immigrationissues.com

/s/_ Gregory Copeland
Gregory P. Copeland
Law Office of G P Copeland
6565 Spring Brook Avenue, Suite 8, #195
Rhinebeck, NY 12572
Tel.: (845) 280-6446
g@gpcopeland.com