UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Student DOE #1<br><br>    Plaintiff,<br><br>    v.<br><br>Donald J. TRUMP, in his official capacity, President of the United States of America;<br><br>John TSOUKARIS, in his official capacity as ICE Enforcement and Removal Operations New Jersey Field Office Director;<br><br>Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and<br><br>Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security;<br><br>    Defendants. | Case No. 2:25-cv-02825-MCA-LDW<br><br>**PROPOSED ORDER ON CHANGE TO BRIEFING SCHEDULE AND HEARING ON EMERGENCY RESTRAINING ORDER** |

The court having considered the parties Proposed change to the briefing schedule orders the following:

1. The Defendants are ordered to respond to the Plaintiffs Motion for Temporary Restraining Order before close of business (5:00 PM EST) on Friday, April 25, 2025;

2. The Plaintiff is ordered to reply (if necessary) to the Defendants' response on or before 12:00 PM, Monday, April 28, 2025.

Additionally, the Court, schedules the hearing on the pleadings for the Emergency Motion for Temporary Restraining Order on _____, 2025 at _____ in courtroom _____.

Counsel for both parties must disclose by notice to the court any witnesses that either side intends to call along with their titles and whether they are being offered as an expert.

So ordered.

Dated  April 21, 2025 	 	 	 	 	_____

                                            United States District Court Judge