**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CHAMBERS OF                                    MARTIN LUTHER KING COURTHOUSE
MADELINE COX ARLEO                                    50 WALNUT ST. ROOM 4066
UNITED STATES DISTRICT JUDGE                              NEWARK, NJ 07101
                                                            973-297-4903

April 21, 2025

<u>VIA ECF</u>
All Counsel of Record

<u>**LETTER ORDER**</u>

Re:    **Student Doe #1 v. Donald J. Trump, et al.**
       **Civil Action No. 25-2825**

Dear Litigants:

    The Court has reviewed the parties' proposed briefing schedule. <u>See</u> ECF No. 18. Since Defendants have not indicated their consent to extension of temporary restraints through May 6, 2025, <u>compare</u> ECF No. 16, <u>with</u> ECF No. 18, the Court hereby orders the following briefing and argument schedule:

    Defendants' opposition is due on Wednesday, April 23, 2025, by 5:00 PM EDT.

    Plaintiff's reply, if any, is due on Friday, April 25, 2025, by 9:00 AM EDT.

    The Preliminary Injunction hearing is scheduled for Monday, April 28, 2025, at 1:00 PM EDT, at the Martin Luther King Federal Courthouse in Newark, New Jersey.

    By or before Wednesday, April 23, 2025, 5:00 PM EDT, Defendants must provide a list of witnesses expected to testify, if any, and include a brief summary of their expected testimony and the expected length of their testimony, if applicable. Plaintiff must do the same by Friday, April 25, 2025, 9:00 AM EDT.

    Temporary restraints will remain until the conclusion of the Preliminary Injunction hearing on Monday, April 28, 2025.

                            **SO ORDERED.**

                            *s/ Madeline Cox Arleo*
                            **MADELINE COX ARLEO**
                            UNITED STATES DISTRICT JUDGE