

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ALINA HABBA
UNITED STATES ATTORNEY

*Angela E. Juneau*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*angela.juneau@usdoj.gov*

*main: (973) 645-2700*
*direct:(862) 240-2409*

April 23, 2025

**Via Electronic Filing**
Hon. Madeline Cox Arleo, U.S.D.J.
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    *Doe #1 v. Trump, et al.*, Civ. No. 25-2825 (MCA) (LDW)

Dear Judge Arleo:

    This office represents Defendants in this matter. I respectfully write, pursuant to the Court's April 21, 2025 Order, ECF No. 19, to inform the Court that Defendants will not have any testifying witnesses at the hearing on Monday, April 28, 2025.

    Thank you for your consideration of this matter.

    Respectfully submitted,

    ALINA HABBA
    United States Attorney

By:    *s/ Angela E. Juneau*
    ANGELA E. JUNEAU
    Assistant United States Attorney

Cc:    All counsel of record (via ECF)