**EXHIBIT INDEX**

**REPLY TO MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION OR SUMMARY JUDGMENT**

*Student Doe #1*

*v.*

*Donald J. Trump, et al.*

| Exhibit No. | Description |
|---|---|
| A | Declaration and CV of Nusha Shishegar, Designated School Officer for 18 years |
| B | Notice of Intent to Deny Reinstatement Request issued by USCIS May 5, 2017, equating SEVIS termination to lack of status |
| C | Notice of Intent to Deny Change of Status from F-1 to H-1B due to SEVIS termination causing status violation |