LAW OFFICE OF
**G P COPELAND**

April 25, 2025

**By ECF**

The Honorable Madeline Cox Arleo
United States District Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**RE: 25-cv-02825-MCA-LDW** *DOE #1 v. TRUMP et al.*

Dear The Honorable Judge Cox Arleo:

I am local counsel representing the Plaintiff in the above captioned matter. Pursuant to the Court's order, ECF No. 19, I write to inform the Court that the Plaintiff will not have any witnesses testifying at the hearing on Monday, April 28, 2025.

Respectfully submitted,

/s/

Gregory P. Copeland

LAW OFFICE OF G P COPELAND
6565 Spring Brook Avenue, Suite 8, #195
Rhinebeck, NY 12572
Tel.: (845) 280-6446
g@gpcopeland.com