UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **STUDENT DOE #1,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DONALD J. TRUMP, et al.,**<br><br>*Defendants.* | **Civil Action No. 25-2825**<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of Plaintiff Student Doe #1's Motion for a Temporary Restraining Order ("TRO") and Preliminary Injunction, ECF No. 4 (the "Motion");

and it appearing that on April 18, 2025, the Court granted Plaintiff's Motion for a TRO, imposing certain temporary restraints on Defendants, see ECF No. 13 at 7;

and it appearing that the Court also set a briefing schedule and a preliminary injunction hearing for April 28, 2025; see id.; ECF No. 19;

and it appearing that on April 22, 2025, Plaintiff's SEVIS status was restored;

and it appearing that Plaintiff nonetheless requested that the hearing go forward as scheduled;

and the Court having heard oral arguments on April 28, 2025, and for the reasons set forth on the record and for good cause shown;

**IT IS** on this 28th day of April, 2025,

**ORDERED** that a preliminary injunction imposing the same restraints as set forth in the Court's Order dated April 18, 2025, ECF No. 13, will be continued until further order of the Court; and it is further

**ORDERED** that by or before May 9, 2025, Plaintiff may file an amended complaint or otherwise notify the court by way of a status report regarding Plaintiff's SEVIS record and any relevant revisions to DHS policies; Defendants shall file a responding status letter by May 12, 2025; and it is further

**ORDERED** that the Court will conduct a virtual status conference on May 13, 2025, at 3:30 PM EDT.

*s/ Madeline Cox Arleo*
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**