# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

NEWARK

**Date:** 4/28/25

**JUDGE: Madeline Cox Arleo**

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                                          **Docket No.**  25-cv-2825(MCA)

Student Doe #1 v. Donald J. Trump, et al.

**Appearances:**

Gregory Copeland, Esq., for plaintiff
Jeff Joseph, Esq., for plaintiff
Angela Juneau AUSA, for defendants

**Nature of proceedings**: **Status Conference**

Oral argument held, restrains previously imposed in the Court's Order dated 4/18/25, will be continued until further order of the Court.
Ordered that by or before 5/9/25 plaintiff may file an amended complaint or otherwise notify the Court of status; defendants shall file a response by 5/12/25.
Setting a virtual status conference for 5/13/25 at 3:30 p.m.

Time Commenced 2:10 p.m.
Time Adjourned 2:40 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk