ALINA HABBA
United States Attorney
ANGELA E. JUNEAU
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
862-240-2409
Angela.Juneau@usdoj.gov

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STUDENT DOE #1,<br><br>    *Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants.* | HON. MADELINE COX ARLEO<br>HON. LEDA D. WETTRE<br><br>Civil Action No. 25-2825 (MCA)(LDW) |

### NOTICE OF FILING

    Defendants respectfully submit this notice to apprise the Court of a development that may impact the claims in this suit. As of April 26, 2025, Immigration and Customs Enforcement ("ICE") has promulgated a new policy concerning the termination of records in the Student and Exchange Visitor Information System ("SEVIS"). A copy of that new policy is attached.

    Respectfully submitted,

    ALINA HABBA
    United States Attorney

Dated: May 5, 2025    By:   /s/ *Angela E. Juneau*
    ANGELA E. JUNEAU
    Assistant U.S. Attorney