UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Student DOE #1<br><br>    Plaintiff,<br><br>    v.<br><br>Donald J. TRUMP, in his official capacity, President of the United States of America;<br><br>John TSOUKARIS, in his official capacity as ICE Enforcement and Removal Operations New Jersey Field Office Director;<br><br>Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and<br><br>Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security;<br><br>    Defendants. | Case No. 25-2825 (MCA) (LDW)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM** |

      The Court having considered Plaintiff's Motion to Proceed Under Pseudonym (ECF 3); and Plaintiff having asserted that she fears retaliation and damage to her reputation should she not be permitted to proceed under a pseudonym; and Plaintiff having demonstrated that she satisfies the relevant factors set forth by the Third Circuit in *Doe v. Megless*, 654 F.3d 404, 408 (3d Cir. 2011) at this stage of the proceedings; and Defendants not having opposed Plaintiff's application to proceed under a pseudonym; and good cause having been shown, the motion is **GRANTED**, and **IT IS FURTHER ORDERED** that:

1. The parties shall refer to Plaintiff by the pseudonym Student Doe #1 in all filings and public proceedings until further Order from the Court.
2. The parties shall redact all personally identifying information, including Plaintiff's true full name, from all filings consistent with Federal Rule of Civil Procedure 5.2.
3. The Clerk of the Court shall terminate the motion at ECF 3.

IT IS SO ORDERED.

Dated: _____May 22\_\_\_, 2025

_____
Hon. Leda D. Wettre
United States Magistrate Judge