

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

| | | |
|---|---|---|
| ALINA HABBA<br>UNITED STATES ATTORNEY<br><br>*Angela E. Juneau*<br>*Assistant United States Attorney* | *970 Broad Street, Suite 700*<br>*Newark, NJ 07102*<br>angela.juneau@usdoj.gov | *main: (973) 645-2700*<br>*direct:(862) 240-2409* |

June 27, 2025

**Via Electronic Filing**
Hon. Madeline Cox Arleo, U.S.D.J.
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:** __6/30/2025__

    Re:    *Doe #1 v. Trump, et al.*, Civ. No. 25-2825 (MCA) (LDW)

Dear Judge Arleo:

    This Office represents Defendants in this matter. We respectfully write to ask the Court to allow Defendants until July 18, 2025, to respond to Plaintiff's Amended Complaint (ECF No. 34).

    Since the parties spoke with Your Honor on May 13, 2025, *see* ECF No. 36, we have continued our attempts to resolve this matter without further litigation. Although settlement attempts continue, the parties also conferred about the next steps in the litigation and agreed to July 18, 2025, as a deadline for Defendants to respond to Plaintiff's Amended Complaint. We thus ask the Court to allow Defendants until July 18, 2025, to file a response to the operative pleading.

    We thank the Court for its continued attention to this matter.

    Respectfully submitted,

    ALINA HABBA
    United States Attorney

By:    *s/ Angela E. Juneau*
    ANGELA E. JUNEAU
    Assistant United States Attorney

Cc:    All counsel of record (via ECF)