

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

| | | |
|---|---|---|
| ALINA HABBA<br>UNITED STATES ATTORNEY<br><br>*Angela E. Juneau*<br>*Assistant United States Attorney* | *970 Broad Street, Suite 700*<br>*Newark, NJ 07102*<br>angela.juneau@usdoj.gov | *main: (973) 645-2700*<br>*direct:(862) 240-2409* |

July 16, 2025

**Via Electronic Filing**
Hon. Madeline Cox Arleo, U.S.D.J.
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:** 7/17/2025

Re:  *Doe #1 v. Trump, et al.*, Civ. No. 25-2825 (MCA) (LDW)
     Request for Extension of Answer Deadline

Dear Judge Arleo:

This Office represents Defendants in this matter, which challenges the termination of Plaintiff's student records in the Student and Exchange Visitor Information System ("SEVIS"). We respectfully write to request an additional thirty days, or until August 17, 2025, to respond to Plaintiff's Amended Complaint. Plaintiff's counsel consents to this request.

Good cause supports this request. The Court granted Defendants' request to respond to Plaintiff's Amended Complaint until July 18, 2025.  ECF No. 39.  The parties continue to attempt to resolve this matter without further litigation. Defendants thus respectfully request an additional thirty days, or until August 17, 2025, to respond to Plaintiff's Amended Complaint. We thank the Court for its continued attention to this matter.

Respectfully submitted,

ALINA HABBA
United States Attorney

By:  *s/ Angela E. Juneau*
     ANGELA E. JUNEAU
     Assistant United States Attorney

Cc:   All counsel of record (via ECF)